# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2425
No. 15-2426

_____

United States of America

*Plaintiff - Appellee*

v.

Andrew Michael Christensen

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: January 22, 2016
Filed: March 2, 2016
[Unpublished]

_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

While Andrew Christensen was concurrently serving two periods of supervised release on federal criminal sentences, he admitted to the district court[1] that he had

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

violated his release conditions in both cases. The court revoked both supervised release terms, and imposed concurrent revocation sentences of 24 months in prison and 12 months of supervised release. On appeal, Christensen contends that the revocation sentences are substantively unreasonable. Upon careful review of the record, including the court's weighing of relevant sentencing factors at the revocation hearing, we find no basis to conclude that the court abused its discretion. See United States v. Miller, 557 F.3d 910, 915-16 (8th Cir. 2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

_____